George P. Blackburn, State's Atty., of Austin, for the State.

## Ex parte BLACKBURN.
### No. 26292.

Court of Criminal Appeals of Texas.
Feb. 4, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

384

GRAVES, Presiding Judge.

The State's Attorney before this court has filed a motion requesting the dismissal of the appeal for the reason that the question presented has become moot on account of the appellant having voluntarily surrendered to the Florida authorities who were seeking his extradition and he is now beyond the jurisdiction of this court.

The motion is granted and the appeal ordered dismissed.